# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARCHON CORPORATION; PAUL W. LOWDEN; AND SUZANNE LOWDEN,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE,
Respondents,
and
DAN RAIDER,
Real Party in Interest.

No. 74270

FILED

MAY 24 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

Original petition for a writ of mandamus or prohibition challenging a district court order compelling disclosure of a confidential settlement agreement.

Whether a writ of mandamus or prohibition will be issued is within this court's sole discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). A writ of mandamus is available "to compel the performance of an act," NRS 34.160, that the law requires "or to control an arbitrary or capricious exercise of discretion," *International Game Technology, Inc. v. Second Judicial District Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). A writ of prohibition may be warranted when a district court acts without or in excess of its jurisdiction. NRS 34.320; *Club Vista Fin. Servs., LLC v. Eighth Judicial Dist. Court*, 128 Nev. 224, 228, 276 P.3d 246, 249 (2012). Neither of these writs will issue if the petitioner has "a plain, speedy and adequate remedy in the ordinary course of law." NRS 34.170; NRS 34.330.

19- 22731

Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted at this time in light of this court's recent amendments to the Nevada Rules of Civil Procedure, effective March 1, 2019. *See* NRCP 26(b)(1). Accordingly, we ORDER the petition DENIED.[1]

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Stiglich

_____, Sr.J.
Shearing

cc: Hon. Mark R. Denton, District Judge
Dickinson Wright PLLC
Goren, Goren & Harris, P.C.
Law Offices of Steven J. Parsons
Eighth District Court Clerk

_____

[1]The Honorable Ron D. Parraguirre, Justice, is disqualified from participation in the decision of this matter. The Honorable Elissa F. Cadish, Justice, and the Honorable Abbi Silver, Justice, did not participate in the decision of this matter.